PHILLIP A. TALBERT
United States Attorney
STEVEN S. TENNYSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.,* SCOTT SWIFT,<br><br>Plaintiff,<br><br>v.<br><br>CLEARCAPTIONS, LLC, ROBERT LEE RAE, JR., RESERVOIR CAPITAL PARTNERS, L.P., RESERVOIR CAPITAL GROUP, LLC, and RESERVOIR VRS-CC SPV, LLC<br>Defendants. | CASE NO. 2:20-CV-731 MCE DB<br><br>ORDER RE THE NOTICE OF THE UNITED STATES OF ELECTION TO DECLINE INTERVENTION |

The United States having notified the Court of its decision not to intervene in this action, the Court hereby orders, as follows:

(1) The relator may maintain the action in the name of the United States; providing, however, that the action may be dismissed only if the court and the Attorney General of the United States, give written consent to the dismissal and their reasons for consenting;

(2) In the event that should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court provide the United States with notice and an opportunity to be heard before ruling or granting its approval;

(3) All pleadings filed and orders issued by the Court in this action shall be served upon the United States;

(4) The United States shall reserve its rights to order any deposition transcripts, to intervene in

ORDER                                                                1

this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim; and

(5) The United States shall be served with all notices of appeal.

The relator's Complaint, the Notice of Declination filed by the United States, and this Order shall be unsealed. All other papers on file in this action shall remain under seal.

IT IS SO ORDERED.

Dated: January 5, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE