M. Anderson Berry, SBN 262879
*aberry@justice4you.com*
Gregory Haroutunian (SBN 330263)
*gharoutunian@justice4you.com*
**CLAYEO C. ARNOLD**
**A PROFESSIONAL CORPORATION**
865 Howe Avenue
Sacramento, CA  95825
Telephone: (916) 239-4778
Facsimile: (916) 924-1829

Cliff Palefsky, SBN 77683
*cpalefsky@mhpsf.com*
Matthew C. Koski, SBN 262803
*mkoski@mhpsf.com*
**MCGUINN, HILLSMAN & PALEFSKY**
535 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 421-9292
Facsimile: (415) 403-0202

*Attorneys for Plaintiff Scott Swift*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT SWIFT,<br><br>             Plaintiff,<br><br>vs.<br><br>CLEARCAPTIONS, LLC, et al.<br><br>             Defendant. | Case No. 2:20-cv-00731-MCE-DB<br><br>**ORDER DISMISSING, WITHOUT PREJUDICE, COUNTS 1, 2, 3, 4, 6, and 7 [FRCP 41(A)]**<br><br>Judge: Hon. Morrison C. England, Jr. |

Having reviewed Plaintiff Scott Swift's Notice of Voluntary Dismissal Without Prejudice of Counts 1, 2, 3, 4, 6, and 7 [FRCP 41(A)], and good cause appearing,

**IT IS HEREBY ORDERED** that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) that the following counts against all named defendants are hereby dismissed, without prejudice: Count 1 (Federal False Claims Act – 31 U.S.C. § 3729(a)(1)(A)), Count 2 (Federal False Claims Act – 31 U.S.C. § 3729(a)(1)(B)), Count 3 (Federal False Claims Act – 31 U.S.C. § 3729(a)(1)(C)), Count

4 (Federal False Claims Act – 31 U.S.C. § 31 U.S.C. § (a)(1)(G)), Count 6 (Unjust Enrichment), and Count 7 (Payment Under Mistake of Fact). The only remaining count is Count 5 (Retaliation in Violation of the Federal False Claims Act (31 U.S.C. § 3730(h)).

    This dismissal is without prejudice as to Plaintiff or the United States.

    IT IS SO ORDERED.

Dated:  April 27, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE