UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Swift,<br><br>     *Plaintiff*,<br><br>  v.<br><br>ClearCaptions, LLC,<br><br>     *Defendants*. | Case No. 2:20-cv-00731-MCE-DB<br><br>**ORDER GRANTING REQUEST TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>Judge: Hon. Morrison C. England, Jr. |

Based on the Parties' Joint Stipulation and good cause shown, the deadline for ClearCaptions, LLC to respond to the Amended Complaint shall be extended to **June 5, 2023**.

IT IS SO ORDERED.

Dated: May 12, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE